UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

MADELINE LEWIS                          CIVIL ACTION NO. 11-cv-1680

VERSUS                                  JUDGE FOOTE

COMMISSIONER, SOCIAL SECURITY           MAGISTRATE JUDGE HORNSBY
ADMINISTRATION

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's Motion to Remand (Doc. 19) is granted, that the Commissioner's decision to deny benefits is reversed and, pursuant to sentence four fo 42 U.S.C. § 405(g), this case is remanded for further proceedings before the Agency.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 20th day of February, 2013.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE